PROB 12C
(7/93)

Report Date: August 1, 2014

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 01 2014

SEAN F. McAVOY, CLERK
                        DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jared Ryan Marcum | Case Number: 0980 2:04CR06045-001 |
| Address of Offender: ███████████████ | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 21, 2006

| | |
|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A); Possession of Body Armor, 18 U.S.C. § 922(g)(1); |
| Original Sentence: | Prison 120 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn Anderson |
| | Date Supervision Commenced: June 24, 2014 |
| Defense Attorney: | Todd Harms |
| | Date Supervision Expires: June 23, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | **Supporting Evidence**: Jared Marcum is considered to be in violation of his period of supervised release in the Eastern District of Washington by failing to provide a change of residence and absconding from supervision on or prior to July 31, 2014. |
| | On July 31, 2014, contact was made with the defendant's family by phone. They stated the defendant had not been staying at the residence and that they did not know how to contact him. At this time, the defendant's whereabouts are unknown. |
| 2 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Jared Marcum is considered to be in violation of his period of supervised release in the Eastern District of Washington by failing to report for random drug testing on July 17, 2014 and July 21, 2014. |

Prob12C
Re: Marcum, Jared Ryan
August 1, 2014
Page 2

On each of the above noted dates the defendant was scheduled for a random drug test. The defendant failed to report for either test. The defendant did not call or convey any message that there was a conflict which would preclude him from reporting for these tests.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/01/2014

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

*August 1, 2014*
Date