PROB 12C
(7/93)

Report Date: August 15, 2014

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jared Ryan Marcum                Case Number: 0980 2:04CR06045-001

Address of Offender: ▉

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 21, 2006

| | |
|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A); Possession of Body Armor, 18 U.S.C. § 922(g)(1); |
| Original Sentence: | Prison 120 months; TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson |
| Date Supervision Commenced: | June 24, 2014 |
| Defense Attorney: | Todd Harms |
| Date Supervision Expires: | June 23, 2017 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 08/01/2014.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number

4       **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Jared Marcum is considered to be in violation of his period of supervised release by associating with a convicted felon, Daniel Gomez, on or prior to August 1, 2014.

On August 1, 2014, the defendant was observed by officers with the Kennewick Police Department at an apartment complex. Officers confirmed that the defendant had an outstanding federal warrant and surrounded the apartment. According to reports provided by the Kennewick Police Department, there was a second individual, Daniel Gomez, who frequented the apartment also. Officers confirmed Mr. Gomez had an outstanding state warrant. The report stated the defendant came out first and was taken into custody. He was found to have over $2,500 in cash on his person at the time of his arrest. Mr. Gomez was later taken from the residence once a key to the apartment was obtained from his girlfriend. Mr. Gomez has 10 prior felony convictions in the state of Washington.

Prob12C
Re: Marcum, Jared Ryan
August 15, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/15/2014

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[XX] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

*Edward F. Shea* (signature)

Signature of Judicial Officer

August 15, 2014

Date