PROB 12C
(7/93)

Report Date: January 26, 2015

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jared Ryan Marcum          Case Number: 0980 2:04CR06045-001

Address of Offender: ▮

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 21, 2006

| | |
|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1); Possession of Body Armor, 18 U.S.C. § 931(a); Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1); Possession of an Unregistered Firearm, 21 U.S.C. § 5861(d); |
| Original Sentence: | Prison 120 months; TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson |
| | Date Supervision Commenced: June 24, 2014 |
| Defense Attorney: | Alex B. Hernandez, III |
| | Date Supervision Expires: June 23, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number       Nature of Noncompliance

1         **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

          **Supporting Evidence**: Jared Marcum is considered to be in violation of his period of supervised release by committing the offense of possession of a controlled substance on or prior to January 14, 2015.

          On January 14, 2015, the defendant was arrested after being contacted by local law enforcement during a S.W.A.T. raid on a residence in Pasco, Washington. The defendant has been charged under case number 15-1-50024-3 for possessing methamphetamine. The defendant remains in custody on this matter.

2         **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

          **Supporting Evidence**: Jared Marcum is considered to be in violation of his period of supervised release by committing the offense of possession of a firearm on or prior to January 14, 2015.

As noted above, the defendant was contacted on January 14, 2015, by local law enforcement during a S.W.A.T. raid on a residence in Pasco, Washington. The defendant was arrested and charged with being in possession of a firearm under case number 15-1-50024-3. The defendant remains in custody on this matter.

4   **Standard Condition # 8**: The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

**Supporting Evidence**: Jared Marcum is considered to be in violation of his period of supervised release by frequenting a residence on January 14, 2014, where methamphetamine was located.

5   **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Jared Marcum is considered to be in violation of his period of supervised release by associating on January 14, 2015, with Devin Richard-Martin Winkler and Maurice Terrell Brown who are convicted felons.

As noted above, local law enforcement and S.W.A.T. raided a home in Pasco, Washington, on January 14, 2015, and the defendant was arrested. Also located at the residence were Devin Richard-Martin Winkler and Maurice Terrell Brown. Mr. Winkler has two prior felony convictions and Mr. Brown has seven prior felony convictions.

6   **Standard Condition # 14**: Defendant shall not associate with known street gang members and gang affiliates.

**Supporting Evidence**: Jared Marcum is considered to be in violation of his period of supervised release by associating with known gang members.

As noted above, the defendant was located by law enforcement on January 14, 2015, with Devin Richard-Martin Winkler and Maurice Terrell Brown. Mr. Martin described himself to arresting law enforcement as a gang member tied to the Eastside Piru Bloods with specific ties to 44th Portland Ave. clique out of Tacoma, Washington. Mr. Brown is listed in DOC records as a Bloods gang member.

7   **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Jared Marcum is considered to be in violation of his period of supervised release by using a controlled substance, methamphetamine, on or prior to September 25, 2014 and December 29, 2014.

On each occasion the defendant reported to First Step Community Counseling for a random drug test. Each test was forwarded for confirmation and each returned positive for the presence of methamphetamine.

Prob12C

**Re: Marcum, Jared Ryan**
**January 23, 2015**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/26/2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[XX]  The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

*Edward F. Shea*

Signature of Judicial Officer

January 26, 2015

Date