PROB 12C
(7/93)

Report Date: September 15, 2015

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jared Ryan Marcum      Case Number: 0980 2:04CR06045-EFS-1

Address of Offender: ▮

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: April 21, 2006

Original Offense: Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1); Possession of Body Armor, 18 U.S.C. § 931(a); Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1); Possession of an Unregistered Firearm, 21 U.S.C. § 5861(d);

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 120 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ian L. Garrigues | Date Supervision Commenced: | June 24, 2014 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | June 23, 2017 |

## PETITIONING THE COURT

       To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/26/2015.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |
| | **Supporting Evidence**: On September 18, 2014, the defendant was contacted by officer's with the Kennewick Police Department during a traffic stop. The defendant was a passenger in the vehicle at the time of the contact. During the process of the stop, the driver was arrested and the vehicle was impounded. Prior to the vehicle being impounding, officers conducted an inventory and located suspected heroin and methamphetamine in the glove box. |
| 9 | **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |
| | **Supporting Evidence**: On September 18, 2014, the defendant was contacted by officers with the Kennewick Police Department during a traffic stop. As noted above, the defendant was a passenger in the vehicle. The driver of the vehicle was arrested, and the vehicle was |

impounded. During the above noted inventory, officers located a .380 handgun n the glove box of the vehicle.

On September 9, 2015, a federal arrest warrant was issued on this matter. On September 11, 2015, the defendant made an initial appearance before U.S. Magistrate Judge James P. Hutton, and was detained pending a bail hearing under case number 4:15CR06031-EFS-1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/15/2015

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[XX] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

September 15, 2015

Date